# MEMO OF UNDERSTANDING

## BETWEEN

## AFSCME Local 2026,

## AFSCME OHIO COUNCIL 8, AFL-CIO

## AND

Insight /Trumbull Memorial Hospital

**Extension of Current Contract: AFSCME Local 2026 – Registered Nurses – Trumbull Memorial Hospital.**

The parties acknowledge that the current contract with Local 2026 expires October 31, 2024 and that Insight is the current operator and has the authority to commence negotiations.

The parties agree to extend the current contract to January 31, 2025, during which time we shall engage in good faith to negotiate a successor agreement. In the interim both parties are open to discussions to solve the immediate needs of the facility regarding retention and recruitment of Registered Nurses.

The above referenced parties agree that the Collective Bargaining Agreement shall be carried over to the new operators in their entirety until a successor contract is ratified.

FOR THE EMPLOYER

Thesta Brunt, Corp. Director of HR
Thesia

FOR THE UNION

President, Thomas Connelly RN, Local 2026

V. President, Vanessa Satterthwaite RN

Deborha Bindas, Regional Director. AFSCME OC8

Date: September 30, 2024