**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **OHIO COUNCIL 8, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO,**<br>6800 North High Street,<br>Worthington, Ohio 43085, et al., | : | **CASE NO. 4:26-cv-609** |
| | : | **JUDGE SOLOMON OLIVER, JR.** |
| Plaintiffs, | : | **PLAINTIFFS' MOTION TO EXTEND STAY PROCEEDINGS PENDING SETTLEMENT APPROVAL AND FINALIZATION** |
| -vs- | : | |
| **INSIGHT FOUNDATION OF HILLSIDE d/b/a INSIGHT HOSPITAL AND MEDICAL CENTER HILLSIDE,**<br>1350 East Market Street,<br>Warren, Ohio 44482, et al., | : | |
| Defendants. | : | |

Now come Plaintiffs Ohio Council 8, AFSCME, AFL-CIO ("Ohio Council 8"); Local 2804, AFSCME, AFL-CIO ("Local 2804"); and UNITED NURSES OF AMERICA, LOCAL 2026, AFSCME, AFL-CIO ("Local 2026") (hereinafter "AFSCME" when jointly referenced) and move this Court for an order to extend the stay of the proceedings in the instant Complaint to Compel Arbitration for an additional sixty (60) days. Defendants and AFSCME were participants in a mediation with Judge James S. Gwin acting as mediator, that took place on April 28, 2026 regarding the U.S. District Court, Northern District of Ohio Case No. 4:25-cv-00644 before Judge Benita Y. Pearson, and captioned *David McCullough, et al., v. Insight Foundation of Hillside, et.al.* ("*McCullough*" case). The parties were able to reach settlement terms that were filed on the record for the *McCullough* case and are currently being

memorialized in writing and will be pending approval before Judge Pearson. The terms of the parties' settlement were global in nature and included resolution of the grievances at issue in the instant action. If the settlement is approved by the Court, AFSCME will be filing a voluntary dismissal of the instant Complaint to Compel Arbitration. On or before September 15, 2026, parties are to file a joint motion for preliminary approval of the settlement reached in Case No. 4:25-cv-00644. Defendants do not object to this Motion to Stay. It is for these reasons that AFSCME requests the Court grant this additional stay of proceedings in this case for an additional sixty (60) days.

Respectfully submitted,

/s/ Michelle R. Evans
Kimm A. Massengill-Bernardin (0059292)
General Counsel
Michelle R. Evans (0075124)
Associate General Counsel
Ohio Council 8, AFSCME, AFL-CIO
6800 North High Street
Worthington, Ohio 43085
(614) 841-1918 / fax (614) 430-7960
kmassengillbernardin@afscme8.org
mevans@afscme8.org

Attorneys for Plaintiffs Ohio Council 8,
Local 2804, and Local 2026

**Certificate of Service**

The undersigned hereby certifies that on this 1st day of September, 2026, the foregoing Motion is being electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michelle R. Evans
Michelle R. Evans (0075124)